June 24, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE RICHARD PINNOCK

## NO. 14-12-00787-CV

_____

This cause, an appeal from the judgment in favor of Richard Pinnock signed, February 10, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, the Texas Department of Public Safety, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.